

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00509-CV

ALI JAHAN-TIGH                                                    APPELLANT

V.

DE LAGE LANDEN FINANCIAL                                          APPELLEE
SERVICES

------------

## FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the September 18, 2012 "Notice Of Filing Of Foreign Judgment." *See* Tex. R. App. P. 26.1(a)(1). The trial court subsequently granted appellant's timely motion for new trial on December 18, 2012, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(c), (e).

---

[1]*See* Tex. R. App. P. 47.4.

On December 28, 2012, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before January 8, 2013, any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Therefore, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), (c), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: March 14, 2013